AO 442 SEALED  NOT FOR PUBLIC VIEW

POA 7/18/11 (AZ)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Juan Mora-Yanez aka "Pollo"(5)

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 19 2011

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**WARRANT FOR ARREST**

FID 2096820

9739M (Yuma, AZ)

CASE NUMBER: 11CR2286-W

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          Juan Mora-Yanez aka "Pollo"
                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute heroin        21:853 and 18:982 - Criminal Forfeiture
21:952, 960, and 963 - Conspiracy to Import Heroin
18:1956 (h) and 1956(a)(2)(A) - Conspiracy to Launder Money
21:841(a)(1) - Possession of Heroin with Intent to Distribute
18:2 - Aiding and Abetting

In violation of Title      See Above      United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                    Clerk of the Court
Name of Issuing Officer                   Title of Issuing Officer

E Silvas  (SEAL)                          June 2, 2011 San Diego, CA
Signature of Deputy                       Date and Location

Bail fixed at $        No Bail        by      The Honorable Louisa S. Porter
                                               Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

I hereby attest and certify on 6/3/11
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ E. SILVAS _____ Deputy

JUN 0 2 2011
SOUTHERN DIS... OF C... A
DEPUTY

11-9739M

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR2286 |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Heroin; Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Heroin; Title 18, U.S.C., Secs. 1956(h) and 1956(a)(2)(A) - Conspiracy to Launder Money; Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Heroin with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853 and Title 18, U.S.C., Sec 982 - Criminal Forfeiture |
| CARLOS LEON AISPURO (1), FERNANDO MINEY-ONTIVEROS (2), aka "Chato" JESUS ALBERTO MOJARDIN-QUIROZ (3), CHRISTIAN JIMENEZ (4), JUAN MORA-YANEZ (5), aka "Pollo" Defendants. | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including November 8, 2010, within the Southern District of California, and elsewhere, defendants CARLOS LEON AISPURO, FERNANDO MINEY-ONTIVEROS, aka "Chato," JESUS ALBERTO MOJARDIN-QUIROZ, CHRISTIAN JIMENEZ, and JUAN MORA-YANEZ, aka "Pollo," did knowingly and

ALB:lml:San Diego
6/2/11

intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 1 kilogram and more of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Count 2

Beginning at a date unknown to the grand jury and continuing up to and including November 8, 2010, within the Southern District of California, and elsewhere, defendants CARLOS LEON AISPURO, FERNANDO MINEY-ONTIVEROS, aka "Chato," JESUS ALBERTO MOJARDIN-QUIROZ, CHRISTIAN JIMENEZ, and JUAN MORA-YANEZ, aka "Pollo," did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to import 1 kilogram and more of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

### Count 3

Beginning at a date unknown to the grand jury and continuing up to and including November 8, 2010, within the Southern District of California and elsewhere, defendant CARLOS LEON AISPURO, FERNANDO MINEY-ONTIVEROS, aka "Chato," JESUS ALBERTO MOJARDIN-QUIROZ, CHRISTIAN JIMENEZ, and JUAN MORA-YANEZ, aka "Pollo," did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to commit offenses against the United States under Title 18, United States Code, Section 1956, namely transport, transmit and transfer monetary instruments and funds, that is United States currency, from a place in the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, that is the

distribution of controlled substances, in violation of Title 18, United States Code, Section 1956(a)(2)(A); all in violation of Title 18, United States Code, Section 1956(h).

### Count 4

On or about October 4, 2009, within the Southern District of California, defendants FERNANDO MINEY-ONTIVEROS, aka "Chato," CHRISTIAN JIMENEZ, and JUAN MORA-YANEZ, aka "Pollo," did knowingly and intentionally possess, with intent to distribute, 1 kilogram and more of heroin, to wit: approximately 26.72 kilograms of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 5

On or about August 3, 2010, within the Southern District of California, defendants FERNANDO MINEY-ONTIVEROS, aka "Chato," and CHRISTIAN JIMENEZ did knowingly and intentionally import 1 kilogram and more of heroin, to wit: approximately 9.54 kilograms of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

### Count 6

On or about August 3, 2010, within the Southern District of California, defendants FERNANDO MINEY-ONTIVEROS, aka "Chato," and CHRISTIAN JIMENEZ did knowingly and intentionally possess, with intent to distribute, 1 kilogram and more of heroin, to wit: approximately 9.54 kilograms of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 7

On or about September 1, 2010, within the Southern District of California, defendants CARLOS LEON AISPURO, JESUS ALBERTO MOJARDIN-QUIROZ and CHRISTIAN JIMENEZ did knowingly and intentionally import 1 kilogram and more of heroin, to wit: approximately 5.7 kilograms of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

### Count 8

On or about September 1, 2010, within the Southern District of California, defendants CARLOS LEON AISPURO, JESUS ALBERTO MOJARDIN-QUIROZ and CHRISTIAN JIMENEZ did knowingly and intentionally possess, with intent to distribute, 1 kilogram and more of heroin, to wit approximately 5.7 kilograms of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Criminal Forfeiture Allegations

1. The allegations contained in Counts 1 through 8 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

2. As a result of the commission of the felony offenses alleged in Counts 1, 2, and 4 though 8 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), defendants CARLOS LEON AISPURO, FERNANDO MINEY-ONTIVEROS, aka "Chato,"

1  JESUS ALBERTO MOJARDIN-QUIROZ, CHRISTIAN JIMENEZ, and JUAN MORA-YANEZ, aka "Pollo," shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds any defendant obtained, directly or indirectly, as the result of the felony offenses alleged in this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

3.  As a result of the commission of the felony offense alleged in Count 3, said violation being punishable by imprisonment for more than one year, and pursuant to Title 18, United States Code, Section 982(a)(1), defendants CARLOS LEON AISPURO, FERNANDO MINEY-ONTIVEROS, aka "Chato," JESUS ALBERTO MOJARDIN-QUIROZ, CHRISTIAN JIMENEZ, and JUAN MORA-YANEZ, aka "Pollo," shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property involved in such offense, and any property traceable to such property.

4.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:
   a.  cannot be located upon the exercise of due diligence;
   b.  has been transferred or sold to, or deposited with, a third party;
   c.  has been placed beyond the jurisdiction of the Court;
   d.  has been substantially diminished in value; or
   e.  has been commingled with other property which cannot be subdivided without difficulty;

//
//

1  it is the intent of the United States, pursuant to Title 21,
2  United States Code, Section 853(p), to seek forfeiture of any other
3  property of the defendant up to the value of the said property listed
4  above as being subject to forfeiture.
5  All in violation of Title 21, United States Code, Section 853, and
6  Title 18, United States Code, Section 982.
7         DATED:  June 2, 2011.
8                                              A TRUE BILL:
9
10                                             _____
                                               Foreperson
11 LAURA E. DUFFY
   United States Attorney
12
13 By:   _____
       ADAM L. BRAVERMAN
14     Assistant U.S. Attorney